1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| ORLANDO BROWN, ) | Case No. EDCV 13-0228-SVW (MLG) |
| ) | |
| Plaintiff, ) | ORDER ACCEPTING FINDINGS AND |
| ) | RECOMMENDATIONS OF UNITED STATES |
| v. ) | MAGISTRATE JUDGE |
| ) | |
| SAN BERNARDINO COUNTY ) | |
| SHERIFF'S DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |

12

13

14

15

16

17

18     Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all

19 of the records and files herein, including the Report and

20 Recommendation of the United States Magistrate Judge, and has

21 conducted a *de novo* review of those portions of the Report and

22 Recommendation to which objections were filed. The Court accepts the

23 findings and recommendations in the Report and Recommendation and

24 ORDERS that the action be dismissed with prejudice.

25 Dated: ___April 16, 2013_____

26

27

28     _____
        Stephen V. Wilson
        United States District Judge