JS - 6/ENTER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| ORLANDO BROWN, ) | Case No. EDCV 13-0228-SVW (MLG) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| SAN BERNARDINO COUNTY ) SHERIFF'S DEPARTMENT, ) | |
| Defendant. ) | |

  IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: ___April 16, 2013_____

_____
Stephen V. Wilson
United States District Judge